1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jennifer Dillon, an individual,<br><br>                Plaintiff,<br><br>     v.<br>VNC Sales and Marketing MW, LLC, a Texas Limited Liability Company; VNC Sales and Marketing SE, LLC, a Texas Limited Liability Company; VNC Sales and Marketing NE, LLC, a Texas Limited Liability Company; Van Nest & Coleman Westcoast, LLC, a Texas Limited Liability Company; and Kevin Van Nest, an individual; and DOES 1-20,<br><br>                Defendants. | Case No. 3:20-cv-02204-DMS-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Having considered the Parties' Joint Motion for Dismissal with Prejudice (the "Joint Motion"), the Court rules as follows:

The Joint Motion is **GRANTED**. The entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: __January 15, 2021__

United States District Judge